

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

David S. Sullivan,
[You are the PLAINTIFF, print your full name on this line.]

v.

Sheriff Randy Retter,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-434
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Sheriff Sheriff Randy Retter, et. AL | 200 East Main Street Richmond, IN. 47374 |
| 2 | [Put the names of any other defendants in these boxes.] Captain Wysong Jail Commander | 200 East Main Street Richmond, IN, 47374 |
| 3 | Shift Supervisor Sgt. York | 200 East Main Street Richmond, IN. 47374 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __6- Plus Additional defendants after discovery?__

2. What is the name and address of your prison or jail? __Wayne County Jail 200 East Main Street, Richmond, IN 47374__

3. Did the event you are suing about happen there? ☒ Yes. ○ No, it happened at: _____

4. On what date did this event occur? __3-2-22 and 5-16-22__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# Defendants

| Defendant's name and Job Title | Work Address |
|---|---|
| 1. Randy Retter – Sheriff, Wayne County Sheriff's Department | 200 East Main St. Richmond, IN. 47374 |
| #2. Captain Wysong – Jail Commander, Wayne County Jail | 200 East Main St. Richmond, IN. 47374 |
| #3. Sgt. York – Shift Supervisor, Wayne County Jail | 200 East Main St. Richmond, IN. 47374 |
| #4. Deputy Lyons – Turn key, Wayne County Jail | 200 East Main St. Richmond, IN. 47374 |
| #5. Michael Stafford – Inmate, Wayne County Jail | 200 East Main St. Richmond, IN. 47374 |
| #6. John or Jane Doe – Commissioners, Wayne County Board of Commissioners | 301 East Main St. Richmond, IN. 47374 |

# CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Upon my arrival at the Wayne County Jail Sgt. John Doe classified me as a minimum security pretrial detainee, (non-violent offender). Sgt. John Doe then placed me in a housing unit with Michael Stafford, a maximum security classified inmate who was known to be violent and was locked down in the housing unit for assaulting 2 staff members. Two different security classification levels in the same housing unit; minimum-nonviolent and maximum-violent offender. On 3-2-22, while out of his locked cell, on his one hr a day recreation period Stafford broke into my locked cell to attack my cellmate Richard Henley in which case I was battered collaterally resulting in bodily injury. Busted my nose, two black eyes, lacerations on my face/head, bruises on my face and body. I was taken to the nurse and she treated my injuries, incident reports were filed, pictures taken of my injuries, I filed charges on Stafford. I was sent back to my housing unit and jail staff had moved Stafford out to a seperate housing location away from me. I filed grievances with no response, appealed it with no response and later wrote Sheriff Randy Retter explaining my situation that occured in his jail. Sheriff Randy Retter sent jail commander captain Wysong to speak with me regarding the incident and Sheriff Retter himself later came and explained to me that they had relocated Stafford to a seperate housing location and I would have no further problems from Stafford.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

#2.
Approx. 3 weeks after the 3-2-22 incident Deputy Lyons entered my housing unit and moved the inmate out of the cell next to mine. Deputy Lyons then brought in Michael Stafford and put him in the now empty cell next to mine knowing Stafford had previously attacked me. During the move I told Deputy Lyons that Stafford had attacked me on 3-2-22 and that Stafford and I were not to be housed together, we were to be kept seperated. Deputy Lyons acknowledged my claim and told me he would discuss the issue with his shift supervisor Sgt. York because Sgt. York ordered officer Lyons to place Stafford into my housing unit. Deputy Lyons left Stafford in my housing unit knowing the risk to my safety and well being and nothing else was done. I filed grievances on the inmate kiosk with no response, appealed it with no response and again wrote sheriff Randy Retter explaining the new situation. Jail commander Wysong again came to discuss the new issue saying he has nowhere else in the jail to house Mr. Stafford. Wysong went on to say that Stafford is locked in a cell and would not be able to attack me again, he "guaranteed" my safety. Finally Wysong said the only thing he could do to remedy the situation was relocate me and I agreed tho he didn't move me right away. Time passed and Stafford became a convicted and sentenced, maximum security classified state prisoner awaiting transport to the department of Correction. On 5-16-22 officer John Doe informed me over the jail intercom to pack up my things, I was being moved, captain Wysongs orders so I went in my cell to pack. Michael Stafford somehow got out of his locked cell, came into my cell and attacked me once again, resulting in bodily injury. I again had 2 black eyes, busted nose, concussion, blurred vision in my left eye, bruises all over my chest and back, cracked ribs. Sheriff Randy Retter and his Deputys acted with deliberate indifference to my known serious safety concern and previous violation of my right to be protected, proper classification and to be free from cruel and unusual punishment. John/Jane Doe of the Wayne County Board of Commissioners and sheriff Randy Retter are vicariously liable for constitutional violations committed by its employees thru breakdowns of policies, procedures and practices.        Continued...→

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

I filed grievances and appeals and recieved no response. I asked for copies of grievances and they wouldn't give me copies. Grievances and appeals were filed on inmate Kiosk, no paper grievances.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Declaratory judgement in my favor, grant compensatory relief, also punitive damages in the amount of 750,000.00 from each defendant, from each claim.

[Initial Each Statement]
- DS. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- DS. I will keep a copy of this complaint for my records.
- DS. I will promptly notify the court of any change of address.
- DS. I WILL NOT send more than one copy of any filing to the court.
- DS. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- DS. I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_David Sulli_____          _990502_____
Signature                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# Claim #2 Continued....

All of what I am saying is documented at the Wayne County Jail thru incident reports, medical reports, police reports, charges filed, pictures taken of my injuries, camera footage and witnesses. Michael Stafford pled guilty in a court of law to the charges I filed against him. Stafford also pled guilty to the conduct reports he recieved at the jail regarding both of my claims.

Response to question #7

The only way to file grievances at the Wayne County Jail is on the inmate Kiosk, it's all done electronicly. I asked for copies of all my grievances, incident reports, medical reports, ect... Jail staff and Captain Wysong told me I would need a court order to get any of the information I asked for. My grievances are logged in on the jail kiosk if I can somehow get the jail staff to release the information to me.